# JEFF W. NICHOLS

NICHOLS LAW OFFICE
P.O. BOX 8857 • MADISON, WISCONSIN • 53708
PHONE: (608) 249-8020 • EMAIL: jeff@nichlaw.com
WEB: nichlaw.com

Honorable Anita Marie Boor                                          March 5, 2026
U.S. Magistrate Judge
1201 North Henry Street
Madison, WI 53703

Re:   United States v. Travis Corrado
      Case No. 25-CR-63-wmc

Dear Judge Boor:

I am writing to inform the court that Mr. Corrado agrees with all the points in the order filed by the court. Dkt. # 300.


Sincerely,

_____/s/_____
Jeff W. Nichols
Attorney at Law