# COURTROOM MINUTES
## ARRAIGNMENT/PLEA HEARING

DATE: 3/24/2026    DAY: Wednesday    START TIME: 1:07 pm    END TIME: 1:36 pm

JUDGE/MAG.: W. Conley    CLERK: VOU    REPORTER: JD

PROBATION OFFICER: ___    INTERPRETER: ___    SWORN: YES ☐  NO ☐

CASE NUMBER: 25-cr-63-wmc-13    CASE NAME: USA v. Travis Corrado

**APPEARANCES:**

ASST. U.S. ATTY.: Elizabeth Altman    DEFENDANT ATTY.: Jeffrey Nichols

DEFENDANT PRESENT: YES ☒  NO ☐

**OFFENSE INFORMATION:**

MAXIMUM PENALTY: CT(S) 1 S/I ; 5-40 YR(S) IMPRISONMENT; $ 5,000,000.00 FINE;

4-life YEAR(S) SUPERVISED RELEASE; $ 100 SPECIAL ASSESSMENT; ☐ RESTITUTION.

DEFENDANT AGE: 46    ☐ INDICTMENT/INFORMATION READ    ☒ DEFENDANT WAIVES READING

**PLEA:**

☒ GUILTY        ☒ DEFENDANT SWORN

☐ NOT GUILTY    ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY

☐ NO CONTEST    ☒ DEFT. ADJUDGED GUILTY BY COURT

☐ MUTE

**TRIAL SCHEDULE:**

JURY SEL./TRIAL: ___    TRIAL ESTIMATE: ___ DAYS

PTMH/EVID. HRG.: ___    MOTIONS DUE: ___

FPTC: ___    FPTC SUBMISSIONS: ___

FINAL HEARING: ___

**SENTENCING SCHEDULE:**

PRESENTENCE REPORT DUE: 5/14/2026    OBJECTIONS DUE: 5/28/2026

SENTENCING : 6/17/2026 at 1:00 pm

**RELEASE/DETENTION:**

☒ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.

☒ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.

☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: ___

**NOTES:**

TOTAL COURT TIME: 0.29"